U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2014 JAN 28 PM 12:55

CLERK
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>REBECCA RAY,<br>    Defendant. | Docket No. 2:13-CR-99-1 |

### NOTICE OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the District of Vermont hereby dismisses the Indictment against Rebecca Ray, the defendant, with prejudice, in the above-captioned case. The defendant is being prosecuted in State court.

Dated at Burlington, in the District of Vermont, this 28th day of January, 2014.

Respectfully submitted,

UNITED STATES OF AMERICA

TRISTRAM J. COFFIN
United States Attorney

By: _____

PAUL J. VAN DE GRAAF
First Assistant and Criminal Chief
P.O. Box 570
Burlington VT 05402-0570
(802) 951-6725
Paul.Van.De.Graaf@usdoj.gov

Leave of Court is granted for the filing of the foregoing dismissal and the Indictment is hereby dismissed.

Dated at Burlington, in the District of Vermont, this __28__ day of January, 2014.

/s/ William K. Sessions III
_____
William K. Sessions III
U.S. District Judge